### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M.W., a minor, by and through his parents and natural guardians, Mr. J.W. and Ms. R. J. and Mr. J.W. and Ms. R.J. in their own right, | ) ) ) ) ) | Civil Action No.  2:24-cv-00609-KT |
| Plaintiffs, | ) ) | Magistrate Judge Kezia O. L. Taylor |
| v. | ) ) | |
| KENTUCKY AVENUE SCHOOL, | ) ) | |
| Defendant. | ) ) | |

### ORDER

A (ECF No. 17) Report on Mediation was filed September 18, 2024, stating this case has been resolved.  The only matters remaining will be the payment of the settlement proceeds and the submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a). It appears that there is no further action required by the court at this time.  Therefore,

**IT IS ORDERED** this 9th day of October, 2024, that the Clerk of Court mark this case **CLOSED**.  Nothing contained in this order shall be considered a dismissal or disposition of this action.  Should further proceedings be required, either party may file a motion to re-open and this case will proceed as if this order had not been entered.

**IT IS FURTHER ORDERED** that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized including, but not limited to, enforcing settlement.

s/Kezia O. L. Taylor
Kezia O. L. Taylor
United States Magistrate Judge

cc:    All Counsel of Record.